An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

SNMARK, LLC, A NEVADA LIMITED
LIABILITY COMPANY,
Appellant,
vs.
W.E. O'NEIL CONSTRUCTION CO. OF
CALIFORNIA, A DELAWARE
CORPORATION,
Respondent.

No. 62218

**FILED**

JUN 18 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties have stipulated to dismiss this appeal, with each party to bear its own attorney fees and costs, explaining that the underlying judgment has been satisfied and the mechanic's lien has been released, rendering this appeal moot. The stipulation is approved, NRAP 42(b), and this appeal is thus dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Dean J. Gould, Settlement Judge
Fennemore Craig Jones Vargas/Las Vegas
Peel Brimley LLP/Henderson
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-17938